UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2025
```

AMANIE RILEY, *On Behalf of Herself and All Others Similarly Situated*,

                Plaintiff,

-against-

MISAHARA JEWELRY, LLC,

                Defendant.

1:24-cv-3444 (MKV)

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff's motion for a default judgment [ECF No. 12–16] is DENIED without prejudice for failure to comply with the Default Judgment Procedure in the Court's Individual Rules of Practice in Civil Cases. The Court's Rules expressly provide that "[i]f a party seeks an award of . . . attorney's fees and expenses, the moving party must . . . include," together with the motion for a default judgment, "[a]n affidavit setting forth the legal and factual basis for any claim of attorneys' fees and expenses, the hours spent by each attorney, the reasonable hourly rate for each attorney, [and] a description of services and the dates on which the services were rendered and a description of the expenses," among other items. Attachment A ¶ 4. Plaintiff requests "[a]n award of costs and expenses of this action together with reasonable attorneys' and expert fees" [ECF No.12-7 at 2], but he fails to include the support for such request in his motion papers required by the Court's Rules.

**Plaintiff is on notice that failure to comply with court orders and all applicable rules may result in sanctions, including: monetary penalties on counsel and Plaintiff; preclusion of claims, evidence, and motion practice; and dismissal for failure to prosecute.**

The Clerk of Court respectfully is requested to terminate the motion at docket entry 12.

**SO ORDERED.**

**Date:  July 23, 2025**
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**