UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/26/2025
```

AMANIE RILEY, *On Behalf of Herself and All Others Similarly Situated*,

                        Plaintiff,

-against-

MISAHARA JEWELRY, LLC,

                        Defendant.

1:24-cv-3444 (MKV)

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

      In an Order dated July 23, 2025, the Court denied Plaintiff's motion for a default judgment without prejudice for failure to comply with the Court's Individual Rules of Practice in Civil Cases [ECF No. 17]. In that Order, the Court warned Plaintiff about the possibility of dismissal of this case for failure to prosecute it. However, for more than a month, Plaintiff has taken no action to move the case toward a resolution. Accordingly, IT IS HEREBY ORDERED that by August 28, 2025, Plaintiff shall file a letter showing cause why this case should not be dismissed, with prejudice, for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's counsel shall explain why the Court should not sanction counsel, in lieu of imposing the harsher sanction of dismissal. *See Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014). Plaintiff is on notice that she is ultimately responsible for prosecuting her case, which may be dismissed because of her chosen counsel's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633–34 (1962). Plaintiff's counsel shall inform his client of this warning.

**SO ORDERED.**

Date: **August 26, 2025**
        New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**